NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-4133
_____

DAVID L. GREEN,
Appellant
v.

DONALD C. WINTER, SECRETARY, DEPARTMENT OF NAVY

(Pursuant to Rule 43(c), FRAP)
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civ. No. 08-140)
District Judge: Hon. Ronald Buckwalter

Submitted Pursuant to Third Circuit LAR 34.1(a)
Monday, January 24, 2011

Before: McKEE, Chief Judge, SMITH, Circuit Judge,
and STEARNS,[*] District Judge

(Opinion filed: February 17, 2011)

_____

OPINION
_____

McKEE, *Chief Judge*.

_____

[*] Honorable Richard G. Stearns, District Court Judge, District of Massachusetts, sitting by designation.

David Green appeals the district court's grant of summary judgment in favor of the Secretary of the Navy on Green's Title VII discrimination and retaliation claims. For the reasons set forth below, we will affirm.

Since we are writing primarily for the parties who are familiar with this case, we need not recite the factual or procedural history of this dispute, the background of which has been ably summarized by the district court. *See Green v. Winter*, No. 08-140, 2009 WL 3150349 (E.D. Pa. Sept. 24, 2009).

In his detailed and thoughtful opinion, Judge Buckwalter carefully and clearly explained his reasons for granting the motion for summary judgment on the same issues raised on appeal. *See Green*, 2009 WL 3150349.  Since we can add little to Judge Buckwalter's analysis, we will affirm the order granting summary judgment substantially for the reasons set forth in his opinion.